ATKINSON, Appellant, vs. THE CHICAGO & NORTHWESTERN RAILWAY COMPANY, Respondent.

*September  6 — September 20, 1887.*

APPEAL: *Dismissal for misdescription of judgment in notice and undertaking.*

An appeal will be dismissed where the notice of appeal gives one date to the judgment appealed from, and the undertaking another date, but the record only shows one of an earlier date than either.

APPEAL from the Circuit Court for *Brown* County.

The facts are stated in the opinion.

For the appellant the cause was submitted on the brief of *J. J. Tracy.*

*W. A. Eldredge,* for the respondent.

COLE, C. J.   In this case the notice of appeal states that the appeal is from a judgment entered on the 21st day of December, 1885.   The undertaking describes the judgment which is appealed from as one recovered on the 29th day of December, 1886.   We find in the record a judgment in due form, which is signed by the circuit judge, dated December 17, 1885, and filed with the clerk on that day.   This judgment seems to have been perfected by the taxation of costs on the 29th day of December, 1885.   There is not in the record any judgment of the date of the one described, either in the notice of appeal or in the undertaking.   Such being the state of the record, we are unable to consider the case upon the merits.   The matter is one which cannot be overlooked or disregarded, for it is obvious we would be justified in considering only the judgment appealed from.   And, as has been said, the record shows no such judgment.   No other course is left but to dismiss the appeal.   *Sayles v. Gudath,* 9 Wis. 159; *Kellogg v. Smith,* 10 Wis. 135.

*By the Court.*— The appeal is dismissed.